JULIUS MINEZ, Respondent, v. CHARLES E. MERRILL and Others, as General Partners, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

HARRY S. PETERSEN, Appellant, v. CHARLES K. NORRIS, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LAWRENCE SCHWIMMER, Appellant, v. HENRY L. DOHERTY, Doing Business under the Firm Name and Style of HENRY L. DOHERTY & COMPANY, Respondent. — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order with notice of entry thereof upon payment of said costs. (See Joseph v. Schatzkin, 259 N. Y. 242; Rice v. Butler, 160 id. 578, and Schroeder v. Hitt, 236 App. Div. 466.) Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD LOMBARD, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BERTHA NOLTE, as Administratrix, etc., of GEORGE NOLTE, Deceased, Respondent, v. GARAGE FERMOUR, INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FREDERICK B. CAMPBELL and PAUL C. WHIPP, Copartners, etc., Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of FERGUSON ASBESTOS, INC., Respondent, for an Order Directing that the Arbitration Provided for in the Certain Contract, etc., between the Petitioner and JOHN MCMILLAN COMPANY, INC., Appellant, etc., Proceed Pursuant to the Provisions of the Arbitration Law.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

JOHN I. LEVER, Appellant, v. FRED F. FRENCH and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within twenty days from service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

ISIDORE WEINGARTEN, Judgment Creditor, Respondent, v. CHARLES GLASS, Judgment Debtor. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Orders so far as appealed from reversed, with twenty dollars costs and disbursements, and so much of the motion as is for an order directing the New York Life Insurance Company to pay over is denied. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of Proving the Last Will and Testament of MICHAEL WINBURN, Deceased, as a Will of Real and Personal Property. PHOEBE COHEN, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.